SUBURBAN REALTY COMPANY, INC., *v.*
HOERNER ET AL.

[No. 66, October Term, 1950.]

*Decided, per curiam, December 12, 1950.*

The cause was argued before MARBURY, C. J., and DELAPLAINE, COLLINS, GRASON, HENDERSON and MARKELL, JJ.

*J. Paul Schmidt,* with whom were *Leonard Weinberg, Weinberg & Green, Robert L. Mainen,* and *James C. L. Anderson* on the brief, for the appellant.

The Court declined to hear argument for the appellees.

*Jenifer & Jenifer* and *Bowie, Burke & Leonard* on the brief, for the appellees.

PER CURIAM.

It is ordered this 12th day of December, 1950, by the Court of Appeals of Maryland that the appeal in the above entitled case be, and the same is hereby dismissed with costs on the authority of *Maas v. Maas,* 165 Md. 342, 168 A. 607, and *Evans v. Shiloh Baptist Church,* 196 Md. 543, 77 A. 2d 160.